# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

EEOC Form 5A (August 2023)

For Official Use Only – Charge Number:

| | |
|---|---|
| **Personal Information** | First Name: Joseph MI: L Last Name: Fain<br>Address: PO BOX 16 Apt.:<br>City: CASPER County: NATRONA State: WY Zip Code: 82602<br>Phone: 201-640-4676 Home ☐ Work ☐ Cell ☑ Email: goldmerchant70@yahoo.com |
| **Who do you think discriminated against you?** | Employer ☑ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: SODEXO<br>Address: 915 MEETING ST Suite:<br>City: ROCKVILLE State: MD Zip Code: 20852 Email: |
| **Why you think you were discriminated against?** | Race ☑ Color ☑ Religion ☐ Sex ☑ National Origin ☑ Age ☐ Pregnancy ☐<br>Disability ☐ Genetic Information ☐ Retaliation ☐ Other ☐(*specify*) |
| **What happened to you that you think was discriminatory?** | **Date of <u>most recent job action</u> you think was discriminatory:** 10/2/24<br>**Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).**<br>At Work location: 6107 10th Cavalry Ave FE WARREN AFB, WY 82005, I was discriminated against in a matter involving to other associates that lead to me being suspended and no other associates were suspended. I was never made aware about the false complaints against me over a period of time. Which means I wasn't able to defend myself against said false complaints over a period of time. My manager said these complaints contributed to my suspension after handling an adverse matter per company policy, as I always did and I had seniority at the workplace for this shift. I pleaded to my manager to review the cameras he refused to review cameras but suspended me based on false claims and did not suspend the other associates. I was sent back to work after a pending investigation that is allegation were true; I would be fired. I was then made to sign a form about this being my last strike. He also stated he did not speak to the other associates |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>**Signature:** Joseph Fain **Date:** 7/20/2025 |

5A FORM CONTINUED 541-2025-02233 JOSEPH FAIN V SODEXO

At Work location: 6107 10th Cavalry Ave FE WARREN AFB, WY 82005, I was discriminated against in a matter involving to other associates that lead to me being suspended and no other associates were suspended. I was never made aware about the false complaints against me over a period of time. Which means I wasn't able to defend myself against said false complaints over a period of time. My manager said these complaints contributed to my suspension after handling an adverse matter per company policy, as I always did and I had seniority at the workplace for this shift. I pleaded to my manager to review the cameras he refused to review cameras but suspended me based on false claims and did not suspend the other associates. I was sent back to work after a pending investigation that is allegation were true; I would be fired. I was then made to sign a form about this being my last strike. He also stated he did not speak to the other associates regarding remediation. This would mean I would be placed back into a hostile working environment.