# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:

EEOC Form 5A (August 2023)

| | |
|---|---|
| **Personal Information** | First Name: Joseph MI: L Last Name: Fain<br>Address: PO BOX 16 Apt.:<br>City: CASPER County: NATRONA State: WY Zip Code: 82602<br>Phone: 201-640-4676 Home ☐ Work ☐ Cell ☑ Email: goldmerchant70@yahoo.com |
| **Who do you think discriminated against you?** | Employer ☑ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: SODEXO<br>Address: 915 MEETING ST Suite:<br>City: ROCKVILLE State: MD Zip Code: 20852 Phone: |
| **Why you think you were discriminated against?** | Race ☑ Color ☑ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Pregnancy ☐<br>Disability ☐ Genetic Information ☐ Retaliation ☐ Other ☑ (*specify*) retaliation |
| **What happened to you that you think was discriminatory?** | **Date of <u>most recent job action</u> you think was discriminatory:** 12/10/20<br>**Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).**<br>(Continued --->)SODEXO, to take over the dishwashing and cleaning roles. I followed all instructions given to me by my manager Buddy for the transition to the sub contractor, ServTech and was never sent the offer letter as promised. I always displayed my best work ethics and morals and followed the all of the policies of the employer, at all times. I beleive these actions were based on race, color and retaliation. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>**Signature:** Joseph Fain **Date:** 10/31/2025 |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

EEOC Form 5A (August 2023)

For Official Use Only – Charge Number:

| | |
|---|---|
| **Personal Information** | First Name: Joseph MI: L Last Name: Fain<br>Address: PO BOX 16 Apt.:<br>City: CASPER County: NATRONA State: WY Zip Code: 82602<br>Phone: 201-640-4676 Home ☐ Work ☐ Cell ☑ Email: goldmerchant70@yahoo.com |
| **Who do you think discriminated against you?** | Employer ☑ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: SODEXO<br>Address: 915 MEETING ST Suite:<br>City: ROCKVILLE State: MD Zip Code: 20852 Phone: |
| **Why you think you were discriminated against?** | Race ☑ Color ☑ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Pregnancy ☐<br>Disability ☐ Genetic Information ☐ Retaliation ☐ Other ☑ (*specify*) retaliation |
| **What happened to you that you think was discriminatory?** | **Date of most recent job action you think was discriminatory:** 12/10/20<br>**Also describe briefly each job action you think was discriminatory and when it happened (estimate).**<br><br>On December 10 2024 I was discriminately put on a six month leave of absence dut to a city bench warrant for a missed court date on 12/4/2024. The court date, the city's citation and the trial it was pertaining to had nothing to do with my employment or employer and was later dismissed by the city court. This action against me casued me to lose income for 8 weeks and my bed at a local shelter. My employer also knew i was a sheltered-unhoused person. I filed a complaint to the HR about discrimination and working in a hostile enviornment prior to this action, on December 3 2024. I beleive this had something to do withn this involuntary leave of absence without pay. I was then laid of without being transferred over to the new sub contractor, which was hired by my employer |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br><br>**Signature:** Joseph Fain **Date:** 10/31/2025 |