On 10/2/2024 I was forced into a one sided argument, that I did not participate in, with a team member who approached me, aggressively. I refused to argue or engage in a discussion with him as soon as I saw it was a conflict or confrontation because I understand the policy that we have in place at work to keep all of us safe. There was a Sodexo food preparer and a soldier food preparer who witnessed him approach me, aggressively and there are cameras that should also show him approaching me this way. But somehow I got suspended and had to go home until further notice while he remained there. I feel that I am being punished for following the policy and he was rewarded for his bad actions against me.

When he approached me with his aggression It sounded like he was demanding me to help another team member in the dishwasher room as if he was a manager (I couldn't understand why he didn't just take the initiative to help him in that moment instead of approaching me about it.) at this time, which I believe was around 3:45 PM, during the shift there aren't many dishes in the dishwasher room to wash - So I found that as odd.

Shortly after I was approached I went back to the dishwasher room to see if the team members (Aaron and Omar) needed help. But when I entered the dishwasher room this team member (Omar) who I had never seen act like this before today, was still discussing this issue with Aaron. All three of us were in the dishwasher room and I looked around but there was no work to be done in the dishwasher room. I saw it as strange. He then turned his attention to me again very aggressively in his behavior and left the dishwasher room.

I waited in the dishwasher room for dishes but none came into the dishwasher room.

(Note: I work this shift and other shifts and I know what happens every hour until I clock out. I know all the tasks that need to be done at every hour so I can help train if I'm needed and so I can help my fellow teammates if I'm needed. I have worked the dishwasher room by myself when it was busy many times and I have never had a problem with the workload so I knew if we had two dishwashers in the dishwasher room I could find some other work that needed to be done at that time.)

(Also note: After my 1st break the ended at about 1:30. I went back to work until 3:13, which is the time I went on my lunch break - I also checked the dishwashing room right before and there was no work to be done and there were no dishwashers in there so I went on break at 3:13 – From after my 1st break to 3:13 I was cleaning the dining room tables and floor, I cleaned the fountain drink counter in the dining room, the four dish racks in the dining room, I swept the entryway into the dining room from the entrance/exit, I also mopped the entry way into the dining room from the kitchen, I mopped the floor by the machines in the dining room and the floor under the four dish racks in the dining room, I also swept the floor in the attendant room just before my break with the intention of mopping the attendant floor when I got back from my break and replacing the sanitizer and degreaser buckets. This was all done to prepare for Dinner at 430 PM – 630 PM )

I think I might have been walking with the sanitizer and degreaser buckets when I was approached by this team member.)

So after waiting in the dishwasher room for dishes but none came into the dishwasher room, I go back into the cafeteria, where I had just finished sweeping the entrance way not too long ago. (I remember there was a soldier who came in when I was sweeping and asked what time we opened for dinner. I said 430 but that he could hang around because it's almost that time anyway.)

But when I walked out in the cafeteria this time, the team member who had approached me was for some reason still upset in a way I have never seen him before. He tries to argue with me again by asking me what am I doing out here. I tell him I work here and he keeps trying to have a conflict with me about something another team member asked me to do as if he is a manager. I thought this was weird so I said ok Omar duly noted and went back to work by picking up the remaining wet floor signs in the cafeteria before we opened at 430 pm and went back toward the kitchen area and dishwasher room.

Shortly after I see Buddy, my supervisor, who tells me to follow him into his office and then he tells me I’m suspended until further notice.

This was my first day back on my shift after covering a shift for a month for another team member who has since went back to his shift (Ray). He has been working here longer than me. I also covered a day or two for Omar's vacation (the team member who attacked me verbally).

I have been flexible with my schedule since my hire date, I haven't requested any days off or vacation time off. I think I had to call out twice because I wasn't feeling well but that's it. I have been fully available, willing and able to work since I started.

I have been following all the policies posted up, doing everything I learned in training for the job and I have been helping all the team members who were here before me (Jay, Ray, Tristan and Drew) the best I can and the two newer team members that were hired after me (Omar and Aaron) the best I can, while doing my portion of the workload.

When I covered Ray's shift for a month, Tristan, the team member who is scheduled as a dishwasher, who was scheduled to come in 30 minutes after me did not help me in the dishwasher room, until I think someone might have told him that he was not helping, because multiple people came to me and said I should get him to help me as they saw it was busy but I never went to him about helping me. For a few minutes or so he would help out but the month was almost over by then. I never complained about having to work the dishwasher room by myself (spraying, loading, racking and putting away the dishes)

I also had to move up to a new shift when Randy left because of seniority. My new schedule, which is a one-man show on Saturday and Sunday 630-1pm shift until 1030a, consists of me coming in the morning cleaning our restrooms, cleaning the pre breakfast dishes, cleaning

breakfast dishes, and cleaning post breakfast dishes and pre lunch dishes until 1030 which is when two other team members come in and also when lunch starts. I'm usually still cleaning pre-lunch dishes at that time. Mon, Tue and Wed I am schedule for the 11-7pm shift. There is a mix of dishes- prep dishes, cooking dishes, and dining room dishes - I have never had a problem washing or racking these dishes and having them ready, whether I’m the only one in the dishwashing room or there are three people in the dishwashing room.

When FOH or Food Preparers have any questions of where something might be I'm able to take them right to it if it's available.

When front of house wants particular tools they use to do their job, washed and set aside, I make sure it's there for them when they need it back.

When anybody mentions to me a problem they are having I’m able to offer encouragement without getting in anybody's business. Or if someone wants to talk about something, my personality is really open so I'm a very approachable person.

I don’t believe I have deviated from anything I was first hired to do and I believe I was able to adjust well to all the changes that have taken place around me since I have been hired.

Even when I had problems with the aggressiveness and micro-managing ways of Jay, who is the lead in the dishwasher room, I discovered through my supervisor that others had these same problems with him as well so I looked past it and continued to do my job the best way I knew how. And that is the way I continue to work every time I clock in until I clock out.

I'm also homeless but living in a shelter right now. I’m still able to ride my bike to work (my car is getting fixed right now), do everything required of me on the shift, Im a team player, I treat people with respect and kindness, I finish the shift, clock out, ride my bike back to the shelter and come back the next work day to help the team by what I do as a dishwasher.

I don’t believe there was reason to suspend me because I haven’t done anything wrong.

Joseph Fain