To Human Resources
10/11/2024
Joseph Fain

On 10/9/2024 my first day back at work I experienced retaliation from Aaron and Omar.

I noticed this after my break around 3:45 PM which was around the time the incident happened last week on 10/2/2024. On that day I was approached aggressively by Omar while I was working. He wanted to argue and I tried to verbally deescalated the situation by saying I think its best if you don't talk to me, right after I asked him was it an argument.

This was reported to my supervisor as being a threat. I don't understand how this is a threat when this a statement that communicates someone doesn't want to be involved in a verbal conflict. Omar wanted to argue about Aaron, another team member that I never had an argument with and would never want an argument with. Aaron then called our supervisor and said I threatened Omar as it says in his statement.

I was suspended because of this. There are other allegations that were made about me that I had no knowledge of but I found out about them in writing on 10/9/2024 when I was asked to sign a document. There were never any mediations between me and any coworkers to resolve any matters at any time before 10/2/2024.

The only conversation I had regarding any other coworker was involving my verbal complaint against Jay our lead dishwasher on 8/6/2024 in the morning time when I came into work for the 11-7PM shift. : I verbally complained to Buddy about Jay

On 8/2/2024 he made me uncomfortable as he verbally forced me to clock out before him and watched over me as if I was in training still. This was after he followed me into the bathroom.

On 8/3/2024

- Belittling me by asking me was I hard of hearing and not thinking that maybe he talks to fast,
- Telling me to change the way I say "Say it again" (something you say when you can't hear what someone said). He said it was because my voice was too deep yet he has a deep voice. And that I had to figure out how to change it.
- Saying that I couldn't reach out to Buddy over the weekend or get a soldier for some type of mediation between us and that he was my boss because he made more money than I did.

The lead soldier at the time saw this and had to come and tell Jay to back off because of how aggressive he was.

To Human Resources
10/11/2024
Joseph Fain

After complaining about him, Jay started acting more hostile towards me but I wrote it off as him changing his management style so I could make sure the feeling of him being hostile wouldn't affect my performance at work

Until one day he slides me a dish so I can wash it and says sorry and then disappears out of the kitchen. This is routine for him to come and drop off dishes in the kitchen and then leaves but sliding the dish to me was something he had never done before

I moved that dish so I could wash another dish because it made me feel a certain way but I never said anything to him about it. I just moved the dish and chose another

Later on he comes back into the kitchen and notices that dish and moves it right next to me.

I wait for him to walk out of the kitchen, which is routine for him to do. Once he did I moved it back to where I put it

He never comes right back into the kitchen from the back entrance but this time he does and he moves it right next to me again

I wait until he leaves the kitchen and I move it back until I'm ready to wash it because now I feel he is trying to force me to wash that particular dish. (He has never done this before I complained about him)

He does the same thing and but this time he yells at me to say why are you moving it back there?

When he yells I feel I'm being attacked so I explain to him why I keep moving it back and he storms out of the kitchen.

Buddy pulls me into the conference room the next day he is at work to say this was me and Jay being petty and that we need to stop because there could be a write up.

Jay is the lead, I was attacked by Jay and I'm trying to explain to Buddy how it made me feel to have a dish slid to me in that way and how I wanted to report this to HR after it happened. Still he says it was us being petty and threatens to write me up if the pettiness continues further minimizing my feelings and placing me into more hostility without any mediation to possibly improve the situation.

To Human Resources
10/11/2024
Joseph Fain

Wednesday 10/9/2024 was my first day back at work since Buddy suspended me and Aaron was spraying the dishes to begin the shift as usual. The team member who sprays the dishes on the first half of the shift, racks the dishes on last half of the shift. I spent the first half of the shift racking the dishes and also cleaning the dining room from about 2:00 pm until my meeting with Buddy.

When I came back from my lunch break at 3:45 PM I noticed Omar wasn't back yet. We are routinely all back by 3:30 PM because this is the cut off time for our lunch break in our policy for our shift. This is posted on the bulletin board. (Because of the meeting with Buddy, I went on lunch later than usual)

I continued to rack dishes and finish cleaning the dining room after helping rack dishing.

Aaron hadn't switched off yet so I wait until he was ready to sprays down the work area so I can know it's time to switch off.

After he sprays down the work area I started spraying dishes from that point and we are both in the dishwasher room working together for a while.

I go out to Pizza and grab some dirty dishes to wash and when I came back he was spraying dishes again. I backed off and went to rack dishes.

I waited for him to put dishes in the machine so I could have dishes to rack but he did not. Instead he continued to wash what seemed like one pizza dish until 6:28 PM and what seemed like more than 30 minute. At 6:30 PM when I go to say to him that I'm going to wash the dishes to close, which is 6:30 PM – 7:00 PM

He insults me by saying "no you're not because you wash dishes to slow" At this point I know I am being retaliated against and its feels very hostile.

I went to tell a soldier so they knew what was going on, while also texting Buddy 6:34 PM.

The soldier comes into the Dishwasher room to try and fix the problem.

He knows we are supposed to switch off but for some reason tonight he wants to insult me by telling me I wash dishes to slow.

After he refuses to work as a team and disrespects the authority that the lead soldier has in the restaurant, I decide I need to call Buddy.

Omar also comes back to work around this time to help Aaron (Omar has been on break from 3:45PM – 6:30PM)

I call Buddy at 6:36 PM and he answers the phone and I explain to him what is happening with Aaron and I also mention how long Omar has been on break.

To Human Resources
10/11/2024
Joseph Fain

He tells me we are being childish

I then say this is my first time ever coming to you about Aaron or Omar

He says if I want to I can put in a complaint with HR but they are going to say something different about me.

I mention that he can view the cameras and see what is taking place.

He asks what he would be looking for on the cameras and at what time does he need to watch

I say around 5:45 PM – 6:30 PM he advises me to just finish up the shift and don't do anything.

I go into the dining room to sit down until 7:00PM and went home after clocking out.

Before I was suspended I asked Buddy if he would review the video footage so he could see I didn't do anything wrong, he said he would do it the next day, which would have been 10/3/2024 I was permitted to come back to work on 10\9\2024 and he still hasn't viewed the video but wants me to sign papers stating me guilty of these allegations. That I was never made aware of until I was being suspended on 10/2/2024. He continues to say, "What am I looking for on the video footage?" but then says he finds it hard to believe that I didn't do anything if all of my dishwasher coworkers are saying the same thing about me

I just can't understand why am I being recorded at work if the video footage is not important when it comes time to prove I did nothing wrong.

The document I was given to sign had an X by the second warning but I have never been written up before and I have never received any warnings before this. The only time there was any complaint that I am aware of is when I complained about Jay, the lead dishwasher about the incidents that happened on 8/2 and 8/3

I never sent in anything about Jay to our HR, which I probably should have done. After my verbal complaints about Jay to Buddy, which I was never advised by Buddy to write a statement about so that there could be a record of it, I was told that was Jay's behavior and I wasn't the only one who has complained about it but that he would talk to him.

Ever since the verbal complaint I made about Jay to Buddy about the incidents that took place on 8/2 and 8/3, I believe I have been in a hostile work environment unknowingly and now knowingly on 10/2/2024, when I was suspended for unjust cause.

I also believe I experienced retaliation by Aaron and Omar on 10/9/2024

All of the facts about these incidents are on the work cameras.

To Human Resources
10/11/2024
Joseph Fain