# HR_Joe Fain_Sodexo dishwasher_6766919

To whom this may concern
I have been trying to keep track of what has been taking place at work. These are the most recent things. I don't think the way I am being treated is warranted because I try my best to treat everyone with respect so I thought it would be best to submit this.

I am still at work experiencing a hostile work environment. When I came in to work on 11/2/2024 the new hire Jeremy's name was on my locker.

Everytime I come into the locker room I'm followed by at least one dishwashers or a Sodexo cook named Tim or they are already in the locker room. He and everyone who comes in this locker room/ bathroom has seen me in this locker. Also Tim's locker is next to mine so. There are also at least 8 lockers available for use. I decided to write my name on the sticker. Someone put a new sticker up and put the new hires name on it again. I write my name on it again but this time, on 11/16/2024 I came in to discover his belongings sitting on top of my belongings inside my locker.

I feel this is harassment and whoever is responsible is looking for a reaction from me to start a problem. I came in on 11/30/2024 and noticed the sticker with his name has finally been removed from my locker

The worst part of this is the dishes piling up on me after I get off of my break because the dishwasher I am working with both Aaron and Jeremy are deciding to take their break outside of the hour window in the policy which is 145pm - 300pm for the 11-7pm shift .  If causes me to have to do my work load and theirs or wait 30 minutes until someone returns - this sets us back because we open for dinner at 4:30 pm.

Jay hasn't said anything to either of them and I already have mentioned it to both of them and they both have said I was wrong Jeremy even said that Jay and Buddy told them he was right.

After I had wiped down the backroom for the first time on shift Aaron comes into this room while we are breaking down for the night and says he has to do a deep clean on the water containers. I said ok. When I came back 10 minutes later as I was still breaking down for the shift he was standing around waiting for something all the way up to the time I needed to mop

At that time  he comes into the room where me and the new hire Jeremy are working and stands in the way doing things that could

have been done 10 minutes earlier if he was trying to help the new hire.

I then see him stand in the hallway and tell the new hire Jeremy to lift the dish machine doors to check the food traps and drain the water. The next thing I see is them both closing the machine doors. I wiat as they look to be on the way out and decided to check the machine ( I always check behind the crew in case something was forgotten) when I lift the doors the machine is full of food. They did not clean the traps so I stayed behind to clean them.

Why is he training the new hire every time on shift, he has already went through training and I'm there and can help him when he needs help. Why is he slowing the closing process down intentionally?

Since the new hire Jeremy started he will totally disregard asking me anything or learning from me and rely on Aaron completely

Earlier that same shift we needed to pull hoods and he says I should go get it myself or get Aaron to get it because he was busy. I say we have to pull them because the two of us are working in the dishwasher room together. Aaron appears and he's ready to take orders from him. I found this really strange. it makes me feel as if they are trying to make me feel like im incompetent about the job duties.

As of 11/25 I believe Aaron is working as a food handler now.

On 11/17/2024 It was busy in the dishwasher room but we had 3 dishwashers on shift at the time. I asked Drew if we had any dishes in the dining room. He said he didn't know. I asked would he mind checking as I was cleaning the dishes. He said that's not for him to do and it's on me. I said ok to him and went to go get the dishes that were out there. Today on 12/1 it was busy while I was cleaning the dishes and Drew was bringing the trays back shoving them on top but we have plenty of space on the bottom. All I said was put them on the bottom as I was using the tray that he was putting other trays in front of while my hands were filled with dishes to put on the tray that was in front of me. He says you're not going to tell me what to do.

I try my best to work as a team player to help others and get the job done. I try to be dependable in the dishwasher room. But when it comes time for me to speak up and be more vocal as a team member I get treated hostile by Aaron, Jeremy and Drew.

On 12/3/2024 it was the first time Dan worked on Monday with Jeremy and myself. For some reason Jeremy switched the entire rotation, he went early to his 15 minute break so that he could wash dishes when I usually wash dishes after we come back from 15 minute break. I didn't say anything. I just worked the backend and I did not wash dishes that shift

Dan was showing me at least 5 different things he used to do when he worked there before. I listened to him and learned from him. Then I noticed I tried to show Jeremy one thing that would help him and he has conflict with it, I try to organize his dishes so that he can grab them more easily and he has conflict with it. Usually when I come back from my last 15 minute break I turn the fans off while there is nothing to dry because it's cold but the ceiling fans are still on so air is still circulating.

This time Jeremy decides to tell me to turn the fans back on but it never bothered him before. He is on the front end and the fans are facing the backend and there are no dishes to wash and the machine is not on.

He decided to turn the fan back on. I wait and turn the fan back off. He does it again at least 3X. The fans are blowing on me and not him. As soon as it's  630 pm the dishes start to flow so I always turn the fans back on.

When we are at the point of me needing to mop the floor he comes to the back end, which stops me from mopping, to put up a dish when he has to wipe down the counter, clean traps, take out the garbage, etc. I am responsible for putting up the dishes on the back end at this time he is doing this.

For some reason he does not want to learn from me and I know the process. This makes things difficult when we are in the process and he is doing something that is for me to do while he has things that are for him to still do.